IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CITY OF PHILADELPHIA | : | CIVIL ACTION |
| | : | |
| v. | : | No. 22-4779 |
| | : | |
| KIDDE FENWAL, INC., et al. | : | |

## **ORDER**

AND NOW, this 7th day of February, 2023, upon consideration of Defendants Chemguard, Inc. and Tyco Fire Products LP's Motion to Stay (ECF No. 16), and Plaintiff City of Philadelphia's opposition thereto, and for the reasons stated in the accompanying Memorandum, it is hereby ORDERED the motion is GRANTED. This case is stayed pending the outcome of the transfer decision by the Judicial Panel on Multidistrict Litigation ("J.P.M.L.").

It is FURTHER ORDERED the City of Philadelphia's Motion to Remand (ECF No. 14) is DISMISSED without prejudice to reassertion should the J.P.M.L. decline to transfer the case. The City's Motion to Expedite (ECF No. 15) is similarly DISMISSED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.